EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Gilberto Salas David<br>César Vélez González | 2000 TSPR 10 |

Número del Caso: TS-2047

Fecha: 21/01/2000

Por Derecho Propio

Materia: Solicitud de Reinstalación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Gilberto Salas David
César Vélez González

TS-2047

RESOLUCIÓN

San Juan, Puerto Rico, a 21 de enero de 2000

Vistas las mociones informativas del Lcdo. Gilberto Salas David y de la Directora de la Oficina de Inspección de Notarías y la solicitud de reinstalación al ejercicio de la notaría del Lcdo. Salas David, se concede lo solicitado. La reinstalación será efectiva en la fecha en que se notifique esta resolución.

Publíquese.

Notifíquese vía fax.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Hernández Denton no intervino.

Isabel Llompart Zeno
Secretaria del Tribunal Supremo